UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

JUAN ARTEMIO GARCIA    §
                       §
                       §
VS.                    §    CIVIL ACTION NO. 7:18-CV-360
                       §
LORIE  DAVIS, Director, Texas    §
Department of Criminal Justice,    §
Correctional Institutions Division    §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (Dkt. No. 9) and Petitioner's objections to the Report and Recommendation (Dkt. No. 11).  The Court has conducted a *de novo* review of the record in this matter as it pertained to the specific objections raised by Petitioner, pursuant to 28 U.S.C. § 636(b)(1).  After having reviewed the Report and Recommendation, Petitioner's objections, and the record as it pertained thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation are hereby adopted by this Court.  Respondent's motion for summary judgment is **GRANTED**, Petitioner's § 2254 petition is **DENIED**, and this civil action is **DISMISSED** without prejudice for lack of jurisdiction.  A Certificate of Appealability is **DENIED**.  The Clerk shall send a copy of this Order to the parties.

SO ORDERED this 3rd day of December, 2019, at McAllen, Texas.

Randy Crane
United States District Judge